# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTINEZ, | NO. CV 09-2379 SJO (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KIRK J. HOPSON, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 29, 2009.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE